TUCKER ELLIS LLP
DANIEL J. KELLY SBN 145088
PEGGY S. DOYLE SBN 176483
One Market Plaza
Steuart Tower, Suite 700
San Francisco, CA 94105
Telephone:   415.617.2400
Facsimile:   415.617.2409
daniel.kelly@tuckerellis.com
peggy.doyle@tuckerellis.com

Attorneys for Defendant
EATON CORPORATION

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TATIANA DOBIC; SERGHEI DOBIC, a minor, by and through his Guardian Ad Litem, Galina Fatnik; ANASTASIA DOBIC, a minor, by and through her Guardian Ad Litem, Galina Fatnik; KRISTINA DOBIC, a minor, by and through her Guardian Ad Litem, Galina Fatnik; and ELIZABETH DOBIC, a minor, by and through her Guardian Ad Litem, Galina Fatnik,<br><br>Plaintiffs,<br><br>v.<br><br>EATON CORPORATION; D.C. TRUCK CENTER, INC., and DOES 1 through 50,<br><br>Defendants. | Case No. 2:14-cv-01367-MCE-DAD<br><br>**STIPULATION FOR REMAND; ORDER** |

WHEREAS, defendant Eaton Corporation ("Eaton") removed the above-entitled action from the Yolo County Superior Court to the Eastern District Court of California on June 5, 2014, based on diversity jurisdiction and information suggesting that defendant D.C. Truck Center, Inc., was plaintiffs' decedent's employer and an improperly joined defendant.

WHEREAS, on June 5, 2014, plaintiffs' attorneys orally represented to Eaton's attorneys that decedent was not employed by either defendant D.C. Truck Center, Inc., or DC Transport, Inc.,

1  but instead was an independent contractor of DC Transport, Inc.  Plaintiff's counsel then provided

2  documentation showing that DC Transport, Inc., was a separate and distinct entity from D.C. Truck

3  Center, Inc.  Plaintiffs' attorneys further provided Eaton with pay information reflecting payments

4  by DC Transport, Inc., to decedent from August 2011 to April 2013.

5      WHEREAS, defendant D.C. Truck Center, Inc., has not appeared in the case as of the filing of

6  this Stipulation.

7      IT IS HEREBY AGREED by and between plaintiffs and defendant Eaton, through their counsel

8  of record, that this case be remanded to the Yolo County Superior Court, Case No. P014-723, the court

9  in which it was originally filed and from which it was removed.

10     IT IS FURTHER AGREED that by this stipulation and remand, Eaton does not waive, and

11  expressly reserves, the right to remove the case in the future should evidence be obtained supporting

12  removal.

13  DATED:  June 13, 2014          DREYER BABICH BUCCOLA
                                    WOOD CAMPORA, LLP

15                                 By:   /s/ Steven M. Campora
16                                       Steven M. Campora
                                         Catia G. Saraiva
17                                       Attorneys for Plaintiffs

18  DATED:  June 13, 2014          TUCKER ELLIS LLP

19                                 By:   /s/ Peggy S. Doyle
20                                       Daniel J. Kelly
                                         Peggy S. Doyle
21                                       Attorneys for Defendant
                                         EATON CORPORATION

22      IT IS SO ORDERED.

23  **DATED:  JUNE 25, 2014**

25                                 MORRISON C. ENGLAND, JR., CHIEF JUDGE
26                                 UNITED STATES DISTRICT COURT

2